IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE J. NIXON**  **PLAINTIFF**
ADC #176827

v.  CASE NO: 3:23-CV-00258-BSM

**JASON LETNER, et al.**  **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of February 2024.

_____
UNITED STATES DISTRICT JUDGE